IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dustin of the Family Patrick<br>Plaintiff<br><br>vs.<br><br>JAYLEEN BOWERS<br>THROUGH THE IV-D AGENCY<br>TRACY BROWN<br>THROUGH DOMESTIC RELATIONS<br>SECTION<br>          DEFENDANT(s) | Case No.<br><br>**42 U.S.C. § 1983 COMPLAINT FOR DEPRIVATION OF RIGHTS UNDER COLOR OF LAW** |

## I. Parties to This Complaint

### A. The Plaintiff

REC'D APR 0 8 2025

Dustin of the Family Patrick
C/O 67 Swinehart Road
Pennsylvania Commonwealth, Boyertown
Real Land North America, Non Domestic:

### B. Defendant # 1

JAYLEEN BOWERS ("BOWERS") named in HER official capacity as director of the 45 C.F.R. § 301.1 alone, detached, and disconnected IV-D agency operating ["in"] this Commonwealth within the executive branch as the 28 U.S.C. § 3002 (15)(C) instrumentality of the U.S. DHHS via submitted IV-D plan; and the sole point of contact for the federal government and the entity through which federal Title IV-D funding flows, responsible for being in and securing compliance with the requirements of the IV-D plan by contractual agents and IV-D personnel. HIS/HER principal place of business is 25 FRONT STREET HARRISBURG PA 17101.

### C. Defendant # 2

**TRACY BROWN** ("BOWERS") named in HER official capacity as director of the Domestic Relations Section operating ["in"] Berks County, performing under contract with BCSE in full compliance with submitted IV-D plan and responsible for establish paternity and IV-D support orders and enforce IV-D obligations in return for payment from the BCSE. She oversees the creation of noncustodial parents and collections therefrom, by attachment of its income, suspend a driver's license, suspend a hunting and/or fishing license, suspend a professional/occupational license, deny a U.S. Passport application, place a lien against real property, place a lien against monetary awards due from a lawsuit or third-party payout due to bodily injury or death, publish the

noncustodial parents name in newspapers, seize a bank account or other financial assets, intercept a Federal or State income tax refund, intercept lottery winnings, report arrears to consumer credit reporting agencies, issue a bench warrant for arrest, and/or find a person in civil contempt of a court order, which may lead to imprisonment, a fine, and/or probation. Her principal place of business is 633 COURT STREET READING, PA 19601.

## II. Basis for Jurisdiction
### A. This Court Has Jurisdiction Over § 1983 Claims

Case law interpretation provides that federal district Courts have jurisdiction over § 1983 claims because a claim brought under this statute constitutes a "federal question," meaning it arises under the First Amendment of Constitution and federal laws, granting Federal Courts the authority to hear such cases; this jurisdiction is primarily based on 28 U.S.C. § 1343(3). Accordingly, the Court must determine whether the facts alleged in this complaint "taken at face value" support subject matter jurisdiction. *Gordo-Gonzalez v. United States*, 873 F.3d 32.35 (1st Cir. 2917).

The Federal statutory basis for the program is U.S. Public Law 93-647, Title 42 U.S.C. § 651 IV-D of the Social Security Act, as amended. The State statutory basis is in Title 23 of the Pennsylvania Consolidated Statutes (23 Pa.C.S.). Bureau of Child Support Enforcement.

Federal law Title 1V-D of the Social Security Act pub L. No 93-647, 88 Statute 2351(1975), 42 U.S.C. § 651 (8/22/1996), as amended created Plaintiff cause of action. 42 U.S.C. § 658 (a) and (f) provides profit for practice of the above. By contrast, Title 42, The Public Health, and Welfare, is a non-positive law title. Title 42 is comprised of many individually enacted Federal statutes such as Social Security Act that have been editorially compiled and organized into the title, but the title itself has not been enacted. 42 U.S.C. § 1983 Deprivation of rights under color of law itself provides Plaintiff relief. Non positive federal law created Plaintiff's cause of action, and federal law itself provides therefore the federal district court has subject matter jurisdiction under federal question jurisdiction.

### B.     Key Points About § 1983 and Federal Jurisdiction:

1. **Basis for Jurisdiction**:
   § 1983 allows individuals to sue state officials for depriving them of their federal constitutional rights "under color of state law," essentially providing a cause of action for civil rights violations.

2. **Statutory Provision**:
   28 U.S.C. § 1343(3) explicitly grants federal courts jurisdiction over civil rights claims brought under §1983.

3. **Federal Question Jurisdiction:**

Because this § 1983 claim involves a federal constitutional right, it is considered a "federal question" which gives this federal court jurisdiction to hear this case.

### III.  Abstenation is not Warranted

Pursuant to 45 C.F.R. § 302.34 the IV-D plan shall provide that the IV-D agency will enter into contracts to perform under 45 C.F.R. § 303.107 with Bureau of Child Support Enforcement that's administers the IV-D program that operates in Pennsylvania's through contracts with the 67 counties and county Courts of Common Pleas; law enforcement officials, such as district attorneys, attorneys general, and similar public attorneys and prosecutors; corrections officials.

In accordance with 45 C.F.R. § 302.34 this 42 U.S.C. § 1983 Action is not related to a Domestic Relation issue. *Kirby v. Mellenger*, 830 F.2d 176, 177-78 (11th Cir. 1987). 45 C.F.R. § 302.34 provides this is not a matter regarding an alleged court order to pay child support, paternity, custody. *Nails v. McCaa*, 2012 U.S. Dist. LEXIS 138388, 4 (M.D. Ala. 2012). 45 C.F.R. § 302.34 provides Plaintiff is not a state-court loser complaining of injuries caused by a state-court judgment rendered before District Court proceedings commenced and inviting district court review and rejection of those judgments. *Behr*, 8 F.4th at 1212 (quoting *Exxon Mobil v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005).

### IV.  Gravamen

On March 28, 2025 Defendants by due process of law were both served with a legal Notice requiring them to terminate my unwanted association with the IV-D agency, and my involuntary participation in the IV-D program on the basis that the First Amendment guarantees my inherent right to conscious and my inalienable right to not associate with a business for profit as a customer or otherwise, and moreover for the lack of my Consent to be governed under IV-D of the Act.

Legally, the IV-D program is a partnership between the federal government and this State established under IV-D of the Act. This partnership renders the IV-D program an association of two or more persons as co-owners of a business that profits from customers. "States still make a profit on the IV-D program. 77-089.job (govinfo.gov) p.41. See Sec. 8 Child Support enforcement p.47 "However, every Federal agency is responsible for responding to a IV-D program as if the Federal agency were a private business". 77-089.job (govinfo.gov). See Communicating with our Customers | The Administration for Children and Families "Our customer service team works with parents."

In America, the First Amendment protects Plaintiffs inherent right to not associate with the 42 U.S.C. § 654(3) organization that conducts itself as a business for profit and protects my freedom of assembly therewith. Furthermore, under the First Amendment's protection Plaintiff cannot be compelled to be the customer of a business for profit against my will. This IV-D business that operates in Pennsylvania offers then

3

sells IV-D services to customers, as such Plaintiff exercised my right to reject said offer. "So far as the record informs, plaintiff never submitted a written application (nor paid the requisite application fee) with the appropriate OCSE requesting Title IV-D services. *Monzon v. Martinez*, 833 F. Supp. 479, 485 (E.D. Pa. 1993)".

The First Amendment protects Plaintiffs inherent right in a free market economy to choose where I spend my money and to which businesses I choose to spend it with. There's no law that requires me to associate with the business that will profit from me, and the federal OCSS within the U.S. DHHS, the IV-D agency within the DHS operating in this Commonwealth and Berks County and its IV-D contractors can legally force Plaintiff to do business therewith on the basis that Plaintiff never paid the $35 non-refundable application fee the IV-D agency charges to customers for the purpose of creating a 42 U.S.C. § 651 IV-D creation and collection service.

The First Amendment prohibits Defendants in any case from controlling or interfering with Plaintiff's inherent natural right of conscience as the Article I § 1 Genesis 1;[26] creation to worship Almighty God, according to the dictates of Plaintiff's own conscience. Further, the Declaration of Independence requires that ANY faction of ALL governments exercise of just powers requires my Consent. Defendants were both legally notified that Plaintiff Dustin withdrew any presumed Consent to associate with the business for profit, its DRS operating in Berks County and its IV-D contractors; and I withdrew any presumed Consent to participate in the federally operated and funded IV-D program; and moreover Plaintiff never Consented to succeed or answer to the legal name of the *ens legis* DUSTIN PATRICK A.K.A. the 42 U.S.C. § 666(a)(3)(C) non-custodial parent positively identified as 20 C.F.R. § 422.103(d) property, as in ownership.

Defendants conduct in full compliance with the IV-D plan subjected Plaintiff Dustin under color of Federal and State law, and their conduct deprived me of my First Amendment right to not associate with the business for profit guaranteed under the U.S. Constitution and federal law.

Plaintiff Dustin provided BOWERS and BROWN with fair warning pursuant to 42 U.S.C. § 659(a) Consent to enforcement that their conduct in compliance with the plan in full compliance with 42 U.S.C. § 651 IV-D of the Act rendered them both a 42 U.S.C. § 659 (i)(4) private person who does not have sovereign or other special immunity or privilege which causes HER/HIM not to be subject to this legal process, and therefore, by failing to terminate Plaintiff's involuntary association with the business for profit and my involuntary participation in the IV-D program has now result in this 42 U.S.C. § 1983 action against them both.

V.    **First 42 U.S.C. § 1983 Standard**
        A.    **BOWERS and BROWN Subjected Plaintiff to Conduct that Occurred Under the Color Federal and State Law.**

The 45 C.F.R. § 301.10 IV-D plan required BOWERS to administer with IV-D of the Act in conformity with the specific requirements in title IV-D of the Act, and BROWN to be in compliance with the plan not the Constitution. However in accordance with 1 U.S.C. § 204 in all courts, tribunals, and public offices of the United States, at home or abroad, of the District of Columbia, and of each State, Territory, or insular possession of the United States (a) United States Code, The matter set forth in the edition of the Code of Laws of the United States current at any time shall, together with the then current supplement, if any, establish *prima facie* laws of the United States, general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: Provided, however, that whenever titles of such Code shall have been enacted into positive law the text thereof shall be legal evidence of the laws therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States. "To have it any other way would be to destroy the vital marrow of our great concept of government, which is based on three distinct branches-the judicial, the legislative, and the executive." *Holmby Productions, Inc. v. Vaughn*, 282 P. 2d 412 – Kan: *Supreme Court* (1955).

45 C.F.R. § 301.10 and § 302.12 (2) and (3) provides that **BOWERS and** was 100% accountable for the operation of the IV-D program, and responsibile for securing compliance of BROWN through Berks County contractors under the IV-D plan by conduct, not the Constitution. Therefore, at all times relevant BOWERS and BROWN acted under Color of Law "the appearance or semblance, without the substance, of legal right." *State v. Brechler*, 185 Wis. 599, 202 N.W. 144, 148.

**B.   Second 42 U.S.C. § 1983 Standard**
  **BOWERS and BROWN's Conduct in Conformity with the Specific Requirements Stipulated in IV-D of the Act, its Regulations, and other applicable official issuances of the U.S. DHHS Deprived Plaintiff of the Following Rights, Privileges, and Immunities Guaranteed by the U.S. Constitution;**

1. My 1st Amendment inherent and inalienable right by compelling Plaintiff by threat to associate with the IV-D business for profit against my will as a customer; for compelling Plaintiff by threat to participate in the IV-D program as a 42 U.S.C. § 666(a)(3)(C) *ens legis* with no rights, and for deprivation of my right to conscience by compelling me by threat to attend a 42 U.S.C. § 666 place of worship contrary to my faith and judgment; and;
2. My 4th Amendment inalienable right to be let alone and free from the IV-D agency's intrusion into my private life; for consistently using the social security number I hold to unreasonably search for My employment, and the unreasonable search and seizure of my financial, and other money assets, and;
3. My 5th Amendment inalienable right to due process for failing to issue orders requiring IV-D contractors and personnel to inform Plaintiff that participation in the

IV-D program was voluntary and for failing to provide me with legal notice of the unconstitutional consequences that arose from my unwanted association with the IV-D agency and involuntary participation in the IV-D program; and my right against self-incrimination by unlawfully identifying me by a social security number and to which there is no privilege against self-incrimination, and;

4. My 7th Amendment inalienable right to a trial by jury by succeeding me to the status of 42 U.S.C. § 666(a)(3)(C) non-custodial parent e.g., 20 C.F.R § 422.103(d) property that is not entitled to a trial by jury, and;
5. My 13th Amendment inalienable right against slavery for fraudulently identifying me as property, and for subjecting me to involuntary servitude by coercing me to cooperate in making payments to the IV-D agency; and for compelling me against my will to participate in employment or related activities to make regular IV-D payments to said agency and;
6. My 14th Amendment inalienable right to due process by failing to issue orders requiring IV-D personnel to inform me that my participation in the IV-D program was voluntary, by failing to provide me with legal notice of the unconstitutional consequences that arose from my unwanted association with the IV-D agency and my involuntary participation in the IV-D program; and for the denial of my right to equal protection of the laws by affording the IV-D agency customer the right to terminate IV-D services at will and denying me the same.

## Conclusion

This § 1983 Claim allows Plaintiff Dustin to sue the IV-D entity and its employees for violations of Plaintiffs civil rights (42 U.S.C. § 1983). Plaintiff Dustin is fully aware that § 1983 creates a remedy for seeking redress for the violation of Plaintiff's federally protected rights, but it does not create any rights itself. As such Plaintiff alleges that my specific rights that arises from federal law (whether constitutional or statutory) have been violated.

This 42 U.S.C. § 1983 claim alleges that under compliance with the IV-D plan JAYLENE BOWERS and TRACY BROWN subjected Plaintiff to conduct that occurred under color of state law, and this conduct deprived plaintiff of rights, privileges, and immunities guaranteed under the U.S. Constitution and federal law.

## Prayer for Relief

The facts present herein are undisputed, in that with malicious intent JAYLENE BOWERS gave assurance that She and TRACY BROWN through the IV-D agency operating in this "[in]" this Commonwealth from within the executive branch will operate in conformity with the specific requirements stipulated in title IV-D of the Act, its regulations, and other applicable official issuances of the U.S. Department of Human Services not the Constitution for the United States of America.

My association with the business for profit was unwanted and my participation in the IV-D program is in fact an involuntary act and performed with constraint, with repugnance, and without my will to do it. Plaintiff Dustin has plead factual content that

allows the Court to draw a reasonable inference that the Defendant is liable for the misconduct alleged.

WHEREFORE, this honorable Court should hold true that JAYLENE BOWERS and TRACY BROWN compelled me by threat to associate with the IV-D agency through Berks County DRS and IV-D contractors is liable to Plaintiff Dustin for subjecting the me to conduct that occurred under color of federal and state law, and that conduct deprived me of my 1st, 4th, 5th, 7th, 13th, and 14th Amendment rights, privileges, and immunities guaranteed under the U.S. Constitution. Plaintiff Dustin now has Article III standing and this Court has authority granted by the Constitution to assume jurisdiction over this action and to:

1. Award Plaintiff Dustin termination of my nonconsensual unconstitutional association with the IV-D agency
2. Award Plaintiff Dustin termination of my nonconsensual unconstitutional involuntary participation in the IV-D program, and a full refund of $37,000.00 at 6% interest for monies exacted from me under fraud and duress during my involuntary participation, and;
3. Award Plaintiff Dustin $10,000,000.00 compensatory, punitive, and other damages against JAYLENE BOWERS and TRACY BROWN who through the IV-D agency and DRS circumvented the Constitution by identifying me as 20 U.S.C. § 422.103(d) property; and
4. The deprivation of my 1st Amendment natural right to worship God to the dictates of my own free will; for compelling me to associate with the IV-D agency; and for compelling me under threat duress and coercion to participate in the IV-D program against my will; and
5. The deprivation of my 4th Amendment inalienable right to be let alone; and for unreasonable searches and seizures; and
6. The deprivation of my 5th Amendment inalienable right to due process, and my privilege against self-incrimination; and;
7. The deprivation of my 7th Amendment inalienable right to a trial by jury, and;
8. The deprivation of my 13th Amendment inalienable right against slavery and involuntary servitude, and;
9. The deprivation of my 14th Amendment inalienable right to due process and denial of my right to equal protection of the laws, and;
10. Award Plaintiff Dustin reasonable legal fees, expenses, and costs of litigation pursuant to 42 U.S.C. § 1988 in the amount of $1,500.00 as the prevailing party.
11. A jury trial is demanded.

Respectfully submitted

_____
Dustin of the Family Patrick

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dustin of the Family Patrick

**(b)** County of Residence of First Listed Plaintiff: **Berks**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
JAYLENE BOWERS THROUGH THE IV-D Agency and TRACY BROWN THROUGH THE DOMESTIC RELATION

County of Residence of First Listed Defendant: **DAUPHIN/BERKS Cour**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation / [x] 440 Other Civil Rights / **Habeas Corpus:** | | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure / 441 Voting / 463 Alien Detainee | | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment / 442 Employment / 510 Motions to Vacate Sentence | | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land / 443 Housing/Accommodations / 530 General | | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability / 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property / 446 Amer. w/Disabilities - Other / **Other:** | | 462 Naturalization Application | | |
| | / 540 Mandamus & Other | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |
| | / 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C § 1983

Brief description of cause:
Deprivation of Rights Under Color of Law

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 10,038,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.