Generated: Apr 8, 2025 10:55AM                                                                                           Page 1/1

# U.S. District Court

## Pennsylvania Eastern - Allentown

Receipt Date: Apr 8, 2025 10:55AM

DUSTIN PATRICK

| Rcpt. No: 50000450 | Trans. Date: Apr 8, 2025 10:55AM | | Cashier ID: #MS (2388) | |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.