Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tracy Brown

was received by me on *(date)* 04/14/2025 .

☑ I personally served the summons on the individual at *(place)* 633 Court Street Reading PA 19601
on *(date)* 04/16/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/28/2025

*Doris Williams* (signature)
*Server's signature*

Doris Williams - Process Server
*Printed name and title*

1 Lynnwood Drive
Palmyra PA 17078
*Server's address*

Additional information regarding attempted service, etc:
Description of Ms. Brown: white female, blonde hair, 5'10", 50 years of age, 140 lbs.