**Pro Se Electronic Filing**

Name:

Dustin of the Family Patrick Plaintiff

Email Address:

dustinpatrick8@gmail.com

Phone Number

2672188016

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Dustin of the Family Patrick Plaintiff vs. JAYLEEN BOWERS THROUGH THE IV-D AGENCY TRACY BROWN THROUGH DOMESTIC RELATIONS SECTION DEFENDANT(s)

Case Number

5:25-cv-01847-JFL

Description of Document(s)

affidavit of service

Terms of Submission

Yes

Do you have a mailing address?

Yes

Mailing Address Line 1

67 Swinehart Rd

City:

Boyertown

State:

Pennsylvania

Zip Code:

19512-1734

Show empty values