Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Laura Schlegel , who is
designated by law to accept service of process on behalf of *(name of organization)* Deputy Director, Domestic
Relations, 633 Court Street Reading PA 19601 on *(date)* 04/23/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/28/2025

*Server's signature*

Kelly McClain - Process Server
*Printed name and title*

1 Lynnwood Drive
Palmyra PA 17078

*Server's address*

Additional information regarding attempted service, etc:
Description of Ms. Schlegel: White female, 40, 5'6", 150 lbs, brown hair.