# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DUSTINOF THE FAMILY PATRICK,

Plaintiff,

v. Civil Action No. 5:25-cv-01847-JFL

JAYLENE BOWERS THROUGH THE IV-D AGENCY,

and

TRACY BROWN THROUGH DOMESTIC RELATIONS SECTION,

Defendants.

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Dustin of the family Patrick respectfully requests that the Clerk of Court enter default against Defendants Jaylene Bowers (through the IV-D Agency) and Tracy Brown (through the Domestic Relations Section), for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

Defendants were properly served with the summons and complaint on April 25, 2025. As of the date of this filing, more than twenty-one (21) days have elapsed, and Defendants have not filed an answer or responsive pleading.

Accordingly, Plaintiff requests that the Clerk enter default against both Defendants.

Respectfully submitted,

/s/ Dustin of the family Patrick

Dustin of the family Patrick

dustinpatrick8@gmail.com

267-218-8016

Date: May 21st, 2025