Civil Action No. 5:25-cv--1847

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Jayleen Bowers
on *(date)* 06/03/2025 .

☑ I served the subpoena by delivering a copy to the named person as follows: Michael Kiel, Legal Office Administrator as Authorized on behalf of Jayleen Bowers at her work address: PA Health and Human Services located at 625 Forster Street Harrisburg PA 17120     on *(date)*     06/04/2025     ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$            .

My fees are $            for travel and $            for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: 6/8/25

*Server's signature*

Doris Williams - Process Server
*Printed name and title*

1 Lynnwood Drive
Palmyra PA 17078

*Server's address*

Additional information regarding attempted service, etc.:

Subpoena was served as per Pennsylvania's Rules of Civil Procedure, Pa.R.C.P. 402 as service was at her place of employment. The individual was served at their place of employment in their capacity as a Commonwealth of Pennsylvania employee; no direct inquiry was made regarding their military status, and I am unable to confirm whether they are currently serving in the U.S. military.

Description of Michael Kiel: White male, 35 years of age, 5'6" tall, 250 lbs, black hair and not wearing glasses at time of service.

Additional Information: Mr. Kiel accepted service accordance to procedures and policies of the Chief Counsel's office for the Commonwealth of Pennsylvania's Health and Human Services Agency.