UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DUSTIN OF THE FAMILY PATRICK, :
    Plaintiff, :
     :
v. : No. 5:25-cv-01847
     :
JAYLEEN BOWERS and :
TRACY BROWN, :
    Defendants. :
_____

# O R D E R

**AND NOW**, this 12th day of June, 2025, upon consideration of the Court's Order dated May 30, 2025, vacating Entry of Default against Defendant Jayleen Bowers, only, and denying Plaintiff's Motion for Default Judgment without prejudice,[1] *see* ECF No. 14; Plaintiff's Amended Complaint, filed June 3, 2025, which is without a certificate of service,[2] *see* ECF No. 15; and Plaintiff's Proof of Service of a Subpoena on person authorized to accept service on behalf of Jayleen Bowers, filed June 9, 2025, *see* ECF Nos. 16-17; **IT IS HEREBY ORDERED THAT**:

    1.    The Clerk of Court is **directed** to issue summons on Defendant Bowers at the address listed for her in the Amended Complaint, ECF No. 15.

---

[1] To the extent Plaintiff wishes to refile, he may file an amended motion for default judgment *after* proper service of the Amended Complaint is made on all Defendants as outlined in this Order.

[2] Plaintiff is reminded that any document he files with the Court must include a certificate of service which proves that service of the document was made on each defendant. *See* Fed. R. Civ. P 4(l) ("Unless service is waived, proof of service must be made to the court."); E.D. Pa. Local Rule of Civil Procedure 5.1.2(7)(b) ("All documents filed using the ECF System shall contain a Certificate of Service stating that the document has been filed electronically and is available for viewing and downloading from the ECF System. The Certificate of Service must identify the manner in which service on each party was accomplished, including any party who has not consented to electronic service.").

1

2. Plaintiff **SHALL serve** Defendant Bowers with summons and a copy of the Amended Complaint, in accordance with Federal Rule of Civil Procedure 4.[3] Plaintiff is reminded that he has until July 7, 2025, to effect proper service on Defendant Bowers in this manner;[4]

3. Plaintiff **SHALL** serve a copy of the Amended Complaint on Defendant Brown, in accordance with Federal Rules of Civil Procedure 5(a)(1)(B) and 5(b).[5]

4. The Clerk of Court is **ORDERED** to mail a copy of this Order to Defendants at the addresses listed for them in the Amended Complaint, ECF No. 15.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[3] *See* Fed. R. Civ. P. 4(a)-(c), (e), (l)(1), (m).

[4] A defendant must be served within 90 days after the date the Complaint is filed with the court. Fed R. Civ. P. 4(m). The Complaint in this case was filed on April 8, 2025. Ninety days thereafter falls on July 7, 2025.

[5] Although proper service of the Complaint was made on Defendant Brown, *see* ECF No. 8, and the Entry of Default against Defendant Brown currently remains in place, *see* ECF No. 14 (vacating entry of default against Bowers but *not* against Brown); *see also* Fed. R. Civ. P. 5(a)(2) (indicating that no service is required on a party who is in default for failing to appear), in the absence of a certificate of service stating that a copy of the Amended Complaint was served on Brown, and without indication that Brown registered as an ECF Filing User and thereby accepted receipt of service under Fed. R. Civ. P. 5(b)(2)(E), *see* E.D. Pa. Local Rule of Civil Procedure 5.1.2(3)(c) ("Registration as an ECF Filing User constitutes agreement to receive and consent to make electronic service of all documents as provided in this Rule and in accordance with Federal Rule of Civil Procedure 5(b)(2)(E)."), the Court is not satisfied that Defendant Brown has been made aware of the Amended Complaint which Plaintiff now brings against her and Bowers, *see* ECF No. 15. Thus, the Court hereby directs that Plaintiff provide a copy of the Amended Complaint to Brown under Fed. R. Civ. P. 5, and to provide proof to the Court that this was done, via a certificate of service. Though the Court cannot require Plaintiff to serve a summons and a copy of the Amended Complaint on *both* defendants pursuant to Fed. R. Civ. P. 4, it is recommended.

To the extent Defendant Brown wishes to defend against the Amended Complaint, upon her receipt of service of the Amended Complaint she may file with the Court a Motion to Set Aside the Entry of Default against her.