# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin of the Family Patrick | : | |
| | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 5:25-cv-1847 |
| v. | : | |
| | : | |
| Jayleen Bowers through the IV-D Agency, et al. | : | |
| | : | |
| *Defendants* | : | |
| | : | |

## Entry of Appearance

**To the Prothonotary:**

Please enter my appearance on behalf of defendant Tracy Brown.

    Respectfully submitted,

    **s/ Jennifer M. Herrmann**
    Jennifer M. Herrmann
    Attorney I.D. No. PA 209512
    Administrative Office of PA Courts
    1515 Market Street, Suite 1414
    Philadelphia, PA 19102
    legaldepartment@pacourts.us
    Phone: (215) 560-6326
    Fax: (215) 560-5486