IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin of the Family Patrick | : | |
| | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 5:25-cv-1847 |
| v. | : | |
| | : | |
| Jayleen Bowers through the IV-D Agency, et al. | : | |
| | : | |
| *Defendants* | : | |
| | : | |

## Certificate of Service

The undersigned certifies that on June 13, 2025, she caused the foregoing *Entry of Appearance* to be served via CM/ECF to plaintiff Dustin of the Family Patrick and via first class postage pre-paid mail to:

Jayleen Bowers
Health and Human Services Building, 4th Floor
625 Forster St
Harrisburg, PA 17120

**s/ Jennifer M. Herrmann**
Jennifer M. Herrmann
Attorney I.D. No. PA 209512
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
Phone: (215) 560-6326
Fax: (215) 560-5486
