# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Dustin of the Family Patrick     :
    :     Civil Action
*Plaintiff*     :
    :     No. 5:25-cv-1847
v.     :
    :
Jayleen Bowers through the IV-D     :
Agency, et al.     :
    :
*Defendants*     :
    :

## ORDER

**AND NOW,** this _____ day of _____ 2025, upon consideration

of the defendant Tracy Brown's Motion to Vacate Default, and any response, it is

hereby **ORDERED** that the Motion is **GRANTED.**

The Entry of Default, ECF No. 12, is hereby **VACATED** against defendant

Tracy Brown.

BY THE COURT

_____

Honorable Jason F. Leeson Jr. USDJ