UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Dustin of the family Patrick,
    Plaintiff,

v.                      Civil Action No. 5:25-cv-01847-JFL

Jaylene Bowers and Tracy Brown,
    Defendants.

**NOTICE OF CORRECT NAME**

Plaintiff respectfully provides notice to the Court that the correct spelling of the Defendant's name previously identified as 'Jayleen Bowers' is 'Jaylene Bowers'.

This correction is submitted solely for purposes of accurate identification and clarity, and does not alter any factual or legal assertions made in Plaintiff's filings. All prior references to 'Jayleen Bowers' should be understood to refer to 'Jaylene Bowers'.

Respectfully submitted,

 /s/ Dustin Patrick
Dustin of the family Patrick
Pro Se Plaintiff
Dated: June 17, 2025