# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Dustin of the family Patrick,
    Plaintiff,

v.                        Civil Action No. 5:25-cv-01847-JFL

Jaylene Bowers and Tracy Brown,
    Defendants.

**CERTIFICATE OF SERVICE**

I, Dustin of the family Patrick, hereby certify that on June 17, 2025, I served a true and correct copy of the Notice of Correct Name by electronic mail to the following recipient:

Jennifer M. Herrmann, Esq.
Counsel for Defendant Tracy Brown
Administrative Office of Pennsylvania Courts
Email: legaldepartment@pacourts.us

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

 /s/ Dustin Patrick

Dustin of the family Patrick
Pro Se Plaintiff
Dated: June 17, 2025