[Clerks Office Only]

**Name:**

Dustin of the Family Patrick Plaintiff

**Email Address:**

dustinpatrick8@gmail.com

**Phone Number**

2672188016

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Dustin of the Family Patrick

**Case Number**

5:25-cv-1847

**Description of Document(s)**

notice of change of name Jayleen Bowers to Jaylene Bowers and cert of service

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

67 Swinehart Rd

**Mailing Address Line 2**

Apt # B5

**City:**

Boyertown

**State:**

PA

**Zip Code:**

**19512**

**Other**

Hide empty values