# AFFIDAVIT OF PROCESS SERVER

## In the United States District Court for the Eastern District of Pennsylvania

**Dustin of the Family Patrick**

    Plaintiff(s),

VS.

**Jayleen Bowers through the IV-D Agency, et al**

    Defendant(s).

Attorney: NONE

Dustin of the Family Patrick
67 Swinehart Rd., #B5
Boyertown PA 19512



*337991*

**Case Number: 5:25-cv-01847-JFL**

Legal documents received on **06/17/2025** at **6:20 PM** to be served upon **Jayleen Bowers through the IV-D Agency at Health and Human Service Building, 625 Forster St., 4th Fl., Harrisburg, PA 17120**

I, **Gary Winfrey**, swear and affirm that on **June 23, 2025** at **11:28 AM**, I did the following:

Served **Jayleen Bowers through the IV-D Agency** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Michael Kiel** as **Legal Office Administrator & Authorized Recipient** of **Jayleen Bowers through the IV-D Agency** at **Health and Human Service Building, 625 Forster St., 4th Fl., Harrisburg, PA 17120**.

**Description of Person Accepting Service:**
Sex: Male Age: 30-40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: June 26, 2025

Gary Winfrey
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:337991

