Dustin of the family Patrick,
 Plaintiff,

v.       Civil Action No. 5:25-cv-01847-JFL

Jaylene Bowers,
 Defendant.


**NOTICE OF FILING**


Plaintiff respectfully submits the attached Affidavit of Service for Defendant Jaylene
Bowers, indicating that proper service of the Summons and Amended Complaint was
completed in accordance with Rule 4 of the Federal Rules of Civil Procedure.


Dated: June 26, 2025


Respectfully submitted,


/s/ Dustin Patrick

Dustin of the family Patrick
Pro Se Plaintiff