June 26, 2025

Clerk of Court

United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

RE: Filing of Affidavit of Service – Dustin of the family Patrick v. Jaylene Bowers et al.

Civil Action No. 5:25-cv-01847-JFL

Dear Clerk of Court,

Enclosed for filing in the above-referenced matter, please find the following documents:

1. Notice of Filing Affidavit of Service (Jaylene Bowers)
2. Affidavit of Service from Same Day Process Service

Thank you for your assistance. Please do not hesitate to contact me if further information is required.

Respectfully submitted,

/s/ Dustin Patrick

Dustin of the family Patrick
Pro Se Plaintiff