## Pro Se Electronic Filing

Name:

Dustin of the Family Patrick Plaintiff

Email Address:

dustinpatrick8@gmail.com

Phone Number

2672188016

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Dustin of the Family Patrick

Case Number

5:25-cv-1847

Description of Document(s)

cover letter, notice of filing, affidavit of service/ summons

Terms of Submission

Yes

Do you have a mailing address?

Yes

Mailing Address Line 1

67 Swinehart Rd

Mailing Address Line 2

Apt # B5

City:

Boyertown

State:

PA

Zip Code:

19512

Show empty values