IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DUSTIN OF THE FAMILY PATRICK, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff | : | |
| v. | : | |
| JAYLENE BOWERS, <u>et al.</u>, | : | |
| Defendants | : | No. 25-1847 |

## **ORDER**

AND NOW, this ____ day of _____, 2025, upon consideration of Defendant Bowers' Motion to Dismiss Plaintiff's Amended Complaint, and Plaintiff's response thereto (if any), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the claims against Defendant Bowers are DISMISSED.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
*United States District Judge*