**Judge:** James M. Lillis, J.      **Filed:** 10/05/2017

**SubType:** Custody

**Attorney(s)**
In Propria Persona

**PATRICK, DUSTIN**
     *** VS ***
**OLIVIERO, JENNIFER**

| Date | Summary |
|---|---|
| 10/05/2017 | Complaint |
| 10/05/2017 | Proposed Custody Scheduling Order |
| 10/05/2017 | Pltf's Motion/Petition for/to Proceed in Forma Pauperis |
| 10/05/2017 | In Forma Pauperis Verification |
| 10/05/2017 | Proposed Order regarding IFP |
| 10/10/2017 | Order of 10/10/17 Petitioner Dustin is allowed to proceed IFP as to Filing Fees for Custody action, pending submission of appropriate custody IFP proposed order |
| 10/10/2017 | Notice and copies issued to Pltf on 10/10/17 |
| 10/12/2017 | Order of 10/12/17, Pltf. has 30 days to show cause why the complaint filed on 10/05/17 should not be dismissed for failure to file the correct scheduling order, family cover court sheet, IFP petition and order and to file a correct custody complaint and criminal record abuse history form. If Pltf. fails to show cause or file all the correct documents within 30 days from the date of this order, the complaint may be DISMISSED. Copies and notices sent 10/12/17 |
| 11/16/2017 | Order of 11/15/17 Dismissing Complaint filed on 10/05/17 based on the Pltf's failure to file the correct documents within 30 days of 10/12/17. Copies and notices sent 11/16/17 |
| 01/03/2018 | Order of 11/15/17 Returned as to Deft |
| 02/12/2018 | Correspondence from Pltf. |

---

Custody        10/05/2017

     **Plaintiff**
       PATRICK, DUSTIN        In Propria Persona
     **Defendant**
       OLIVIERO, JENNIFER