**Judge:** Eleni Dimitriou Geishauser, J.　　**Filed:** 12/18/2018
**SubType:** Custody

**Attorney(s)**

**PATRICK, DUSTIN**　　　　　　　　　　　Curley, Richard T
　　　　　　　　　　　　　　　　　　　　　In Propria Persona

*** VS ***

**OLIVIERO, JENNIFER**　　　　　　　　　Palange, Dawn M L
　　　　　　　　　　　　　　　　　　　　　In Propria Persona

| Date | Summary |
|---|---|
| 12/18/2018 | Complaint |
| 12/18/2018 | Pltf's Criminal Record/Abuse History Verification |
| 12/18/2018 | Proposed Custody Scheduling Order |
| 12/18/2018 | Proposed Order regarding IFP |
| 12/18/2018 | Pltf's In Forma Pauperis Verification |
| 12/24/2018 | Order of 12/21/18 Granting Pltf's In Forma Pauperis as to Prothy filing fees, Mediation, Children in the Middle and Surcharge.  Copies & Notice sent 12/24/18 |
| 12/27/2018 | Notice of Filing Fee Collection |
| 01/18/2019 | Custody Order of 1/16/19 - Pltf & Deft to Attend Children in the Middle - Mediation sched 2/23/19 and Cust Conf sched 3/4/19 @ 1:00pm.  Copies & Notice sent 1/18/19 |
| 02/13/2019 | Pltf, Dustin's Completion of "Children in the Middle" |
| 02/15/2019 | Appearance of Kathryn M Dales, Esq for Deft |
| 02/15/2019 | Defts Petition to bypass mediation orientation session |
| 02/15/2019 | Proposed Order re: Petition to bypass Mediation |
| 02/15/2019 | Certificate of Service of Petition to Bypass and Proposed Order upon Deft, Dustin Patrick by first class mail on 02/15/19. |
| 02/15/2019 | Defts Praecipe to Proceed In Forma Pauperis |
| 02/15/2019 | Defts In Forma Pauperis Verification |
| 02/15/2019 | Proposed Order re: IFP |
| 02/22/2019 | Order of 2/22/19 Granting Pltf's In Forma Pauperis as to Court fees, Surcharge and Children in the Middle.  Copies & Notice sent 2/22/19 |
| 02/25/2019 | Rule Returnable Order 02/22/19 Rule issued upon Respondent to answer within 10 days, Re: Petition to Bypass Mediation, Evidentary Hearing shall be heard 03/17/19 if necessary upon answer timely filed. Argument shall be heard 03/17/19 if necessary upon answer timely filed. and Mediation Orientation stayed pending resolution of petition. Notice and Copies sent 02/25/19 |
| 02/26/2019 | Deft's Praecipe for Withdrawal of Motion/Petition to Bypass Mediation |
| 03/04/2019 | Deft's Criminal Record/Abuse History Verification |
| 03/08/2019 | Temporary Custody Order of 3/7/19 by Agreement w/Appendix sched addt'l conf for 6/6/19 @ 9:00am.  Copy & Notice sent 3/8/19 |
| 05/29/2019 | Appearance of Richard T. Curley, Esquire as counsel for Pltf |
| 05/29/2019 | Certificate of Service |
| 06/11/2019 | Continuance/Notice of Child Custody Conference on 09/03/19 at 9 am. |
| 08/14/2019 | Continuance/Notice of Child Custody Conference on 10/03/19. Copies and notice sent 08/14/19 |
| 10/31/2019 | Temporary Custody Order of 10/29/19 w/Appendix copies and notice sent 10/31/19 |
| 10/31/2019 | Withdraw of Appearance of Kathryn M. Dales,Esq for Deft/Entry of Summer Swanson,Esq for Deft |
| 01/30/2020 | Deft's Completion of "Children in the Middle" |

| Date | Entry |
|---|---|
| 02/03/2020 | Temporary Custody Order of 1/3/20? w/Apppendix. Copies & Notice sent 2/3/20 |
| 05/06/2020 | Entry of Appearance of Jennifer Oliviero Pro Se and Withdrawal of Appearance of Summer A Swanson Esq for Deft |
| 06/22/2020 | Appearance of Dawn M. Palange, Esq for Deft. |
| 06/26/2020 | Continuance/Notice of Child Custody Conference on 7/17/20 |
| 08/27/2020 | Temporary Custody Order of 8/26/20 w/Appendices. Rule 236 Notice & Copies provided on 8/27/20 |
| 11/24/2020 | Amended Temporary Custody Order of 11/24/20 w/Appendices. Rule 236 Notice & Copies provided on 11/24/20 |
| 01/04/2021 | Administrative Order of December 30, 2020 reassigning this action from Judge James M. Lillis to Judge Eleni Dimitriou Geishauser, original order filed to #20-209. |
| 01/14/2021 | Continuance/Notice of Child Custody Conference on 03/18/21. (see attached addendum) |
| 03/25/2021 | Continuance/Notice of Child Custody Conference on 6/3/21. |
| 06/29/2021 | Notice w/proposed order- Exceptions must be filed by 07/19/21 |
| 07/22/2021 | Custody Order of 7/22/21, with Appendices. This order shall be a final order resolving the issues raised in the custody complaint filed 12/18/18. Rule 236 notice and copies provided on 7/22/21. |

Custody     12/18/2018

**Plaintiff**
PATRICK, DUSTIN

Curley, Richard T
In Propria Persona

**Defendant**
OLIVIERO, JENNIFER

Palange, Dawn M L
In Propria Persona