# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a true and correct copy of the foregoing Response and Objection to Defendant Bowers' Motion to Dismiss was served via email to:

Kevin R. Bradford
 Senior Deputy Attorney General
kbradford@attorneygeneral.gov

Jennifer M. Herrmann
Administrative Offices of the Pa Courts
Legal
Email: legaldepartment@pacourts.us

/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se