## IN THE UNITED STATES DISTRICT COURT
## CIVIL ACTION
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN OF THE FAMILY PATRICK
Plaintiff,

v. Civil Action No. 5:25-cv-01847

JAYLENE BOWERS and TRACY BROWN Defendant.

NOTICE OF CLARIFICATION AND OBJECTION TO UNAUTHORIZED REPRESENTATION

Plaintiff, Dustin of the Family Patrick, respectfully files this notice to clarify the capacity in which Defendant Jaylene Bowers is being sued, and to object to the representation by the Pennsylvania Attorney General's Office without proper authority or standing.

1. Plaintiff hereby clarifies that Defendant Jaylene Bowers is being sued in her individual capacity, for personal actions taken under color of state law that resulted in violations of Plaintiff's constitutionally protected rights.

2. The appearance and filing of motions by Kevin Bradford, Senior Deputy Attorney General, on behalf of Ms. Bowers has been done without the filing of a formal Notice of Appearance or evidence that the Commonwealth of Pennsylvania has authorized state legal resources to defend a public employee in her individual capacity.

3. Representation by the Attorney General is only proper in cases where a defendant is sued in her official capacity. Since Plaintiff alleges that Ms. Bowers personally engaged in unconstitutional conduct, and seeks declaratory and injunctive relief for those actions, she must retain independent counsel or request proper legal representation subject to the Court's approval.

4. Unless and until a Notice of Appearance is filed specifying that representation is being made in an official capacity — or that state-sponsored legal defense has been formally authorized for individual capacity defense — Plaintiff respectfully objects to any filings made by the Attorney General's Office on behalf of Defendant Bowers.

WHEREFORE, Plaintiff respectfully requests that the Court take notice of this clarification, and disregard any submissions filed by unauthorized counsel unless proper authority is shown.

Respectfully submitted,
/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se