[Clerks Office Only]

Name:

Dustin of the Family Patrick Plaintiff

Email Address:

dustinpatrick8@gmail.com

Phone Number

2672188016

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Dustin of the Family Patrick

Case Number

5:25-cv-1847

Description of Document(s)

NOTICE OF CLARIFICATION AND OBJECTION TO UNAUTHORIZED REPRESENTATION , cert of service

Terms of Submission

Yes

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

67 Swinehart Rd

Mailing Address Line 2

Apt # B5

City:

Boyertown

State:

PA

Zip Code:

**19512**

**Other**

Hide empty values