# IN THE UNITED STATES DISTRICT COURT
# CIVIL ACTION
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN OF THE FAMILY PATRICK
Plaintiff,

v. Civil Action No. 5:25-cv-01847

JAYLENE BOWERS and TRACY BROWN Defendant.

**MOTION TO STRIKE APPEARANCE AND FILINGS OF THE ATTORNEY GENERAL**

MOTION TO STRIKE APPEARANCE AND FILINGS OF THE ATTORNEY GENERAL

Plaintiff, Dustin of the Family Patrick, respectfully moves this Honorable Court to strike the appearance and filings of Kevin R. Bradford, Senior Deputy Attorney General, on behalf of Defendant Jaylene Bowers, for the following reasons:

1. Plaintiff has brought this action pursuant to 42 U.S.C. § 1983 against Defendant Bowers in her individual capacity for alleged violations of constitutional rights.

2. On the first line of the Motion to Dismiss filed on behalf of Defendant Bowers, it is stated: "Defendant Bowers, in her official capacity, is not a 'person' subject to claims for damages under 42 U.S.C. § 1983," thereby affirmatively acknowledging that the representation is limited to her official capacity.

3. According to the U.S. Department of Health and Human Services, Office of Child Support Enforcement publication "Essentials for Attorneys in Child Support Enforcement, 3rd Edition":

"State attorneys general or IV-D attorneys represent the interests of the State and the IV-D program, not the individual interests of the custodial or noncustodial parent."

4. There is no indication in the record that the Attorney General has filed a notice of appearance explicitly stating representation of Defendant Bowers in her individual capacity, nor has there been a showing that state legal resources have been authorized for such a defense.

5. Therefore, Attorney Bradford lacks standing to respond to claims brought against Defendant Bowers in her individual capacity.

WHEREFORE, Plaintiff respectfully requests that this Court strike the appearance and filings of Kevin R. Bradford on behalf of Defendant Bowers and order that any future filings relating to individual capacity claims be submitted by Defendant Bowers personally or by privately retained counsel.

Respectfully submitted,
/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing Response and Objection to Defendant Bowers' Motion to Dismiss was served via email to:

Kevin R. Bradford
 Senior Deputy Attorney General
kbradford@attorneygeneral.gov

Jennifer M. Herrmann
Administrative Offices of the Pa Courts
Legal
Email: legaldepartment@pacourts.us

/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se