# IN THE UNITED STATES DISTRICT COURT
# CIVIL ACTION
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN OF THE FAMILY PATRICK
Plaintiff,

v. Civil Action No. 5:25-cv-01847

JAYLENE BOWERS and TRACY BROWN Defendant.

## SUPPLEMENTAL OBJECTION TO UNAUTHORIZED REPRESENTATION
## BY ATTORNEY GENERAL

SUPPLEMENTAL OBJECTION TO UNAUTHORIZED REPRESENTATION BY ATTORNEY GENERAL

Plaintiff, Dustin of the Family Patrick, submits this supplemental objection in further support of the previously filed "Notice of Clarification and Objection to Unauthorized Representation," challenging the appearance and filings of Kevin R. Bradford, Senior Deputy Attorney General, on behalf of Defendant Jaylene Bowers.

According to the U.S. Department of Health and Human Services Office of Child Support Enforcement publication titled "Essentials for Attorneys in Child Support Enforcement, 3rd Edition":

"State attorneys general or IV-D attorneys represent the interests of the State and the IV-D program, not the individual interests of the custodial or noncustodial parent."

This statement makes clear that IV-D attorneys, including those within the state Attorney General's Office, are only authorized to represent the *State's* interest in enforcing child support obligations under Title IV-D.

Here, Plaintiff has brought claims under 42 U.S.C. § 1983 against Defendant Jaylene Bowers in her individual capacity, alleging personal constitutional violations under the First and Fourteenth Amendments. The interests at stake are personal civil rights, not Title IV-D enforcement or state obligations.

Therefore, unless and until the Court is provided with:
   (1) a formal Notice of Appearance stating that Mr. Bradford is representing Defendant Bowers in her individual capacity;
   (2) or a showing that the Commonwealth has expressly authorized state legal resources for a personal capacity defense;
   (3) ...Plaintiff respectfully renews his objection and requests that the Court strike or disregard any further filings made by Mr. Bradford in this matter on behalf of Defendant Bowers.

Respectfully submitted,
 /s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing Supplemental Objection to Unauthorized Representation by Attorney General was served via email to:

Kevin R. Bradford
Senior Deputy Attorney General
kbradford@attorneygeneral.gov

Jennifer M. Herrmann
Administrative Offices of the Pa Courts
Legal
Email: legaldepartment@pacourts.us


/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se