IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN OF THE FAMILY PATRICK, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JAYLENE BOWERS, et al., | : | |
| Defendants | : | No. 25-1847 |

## **ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's Objection to the Pennsylvania Office of Attorney General's representation of Defendant Bowers, as set forth in ECF No. 30, and Defendant Bowers' response thereto, it is hereby ORDERED that Plaintiff's objection is OVERRULED.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
*United States District Judge*