# IN THE UNITED STATES DISTRICT COURT
# CIVIL ACTION
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN OF THE FAMILY PATRICK
Plaintiff,

v. Civil Action No. 5:25-cv-01847

JAYLENE BOWERS and TRACY BROWN Defendant.

## MOTION FOR LEAVE TO AMEND COMPLAINT TO CLARIFY INDIVIDUAL CAPACITY CLAIMS

MOTION FOR LEAVE TO AMEND COMPLAINT TO CLARIFY INDIVIDUAL CAPACITY CLAIMS

Plaintiff, Dustin of the Family Patrick, respectfully moves this Honorable Court pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for leave to file a Second Amended Complaint clarifying that Defendant Jaylene Bowers is sued in her individual capacity for actions taken under color of state law that allegedly violated Plaintiff's constitutional rights.

1. Plaintiff previously filed an Amended Complaint (ECF No. 15) that did not explicitly specify the capacity in which Defendant Bowers is sued.
2. Defendant Bowers, through counsel from the Attorney General's office, has asserted that Plaintiff's silence on this matter equates to a suit against her solely in her official capacity.
3. Plaintiff intends to pursue claims under 42 U.S.C. § 1983 against Defendant Bowers in her individual capacity for her personal participation in the alleged constitutional violations, including but not limited to: a. Compelling Plaintiff's participation in Title IV-D services without application or consent;
b. Initiating enforcement actions resulting in involuntary wage garnishment and passport denial;
c. Violating Plaintiff's First and Fourteenth Amendment rights through these acts.
4. Rule 15(a)(2) instructs that leave to amend should be freely given when justice so requires. Amendment at this stage will not cause undue delay or prejudice to any party, as the case is in its early procedural posture and discovery has not yet commenced.
5. Allowing amendment will clarify the scope of claims, ensure proper parties and capacities are before the Court, and avoid procedural confusion regarding representation by the Attorney General's office.

    WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint clarifying the individual capacity claims against Defendant Bowers, and order that future pleadings be accepted accordingly.

Respectfully submitted,
/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se

# CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2025, a true and correct copy of the foregoing Motion for Leave to Amend Complaint was served via email to:

Kevin R. Bradford
Senior Deputy Attorney General
kbradford@attorneygeneral.gov

Attorney for Defendant Jaylene Bowers

Legal Department legaldepartment@pacourts.us
Attorney for Defendant Tracy Brown

/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se