IN THE UNITED STATES DISTRICT COURT
CIVIL ACTION
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUSTIN OF THE FAMILY PATRICK
Plaintiff,

v. Civil Action No. 5:25-cv-01847

JAYLENE BOWERS and TRACY BROWN Defendant.

SECOND AMENDED COMPLAINT

Plaintiff, Dustin of the Family Patrick, brings this action under 42 U.S.C. § 1983 against Defendants Jaylene Bowers and Tracy Brown, and alleges as follows:

1. Defendant Jaylene Bowers is sued in her INDIVIDUAL CAPACITY for actions taken under color of state law that violated Plaintiff's constitutional rights, including violations of the First and Fourteenth Amendments, involving non-consensual participation in the Title IV-D program, involuntary wage garnishments, and denial of passport services.

2. Defendant Tracy Brown is sued in her INDIVIDUAL CAPACITY for actions related to the enforcement of unconstitutional administrative processes under Title IV-D.

3. Plaintiff reasserts all factual allegations and claims as set forth in the original and first amended complaints, and incorporates them herein by reference, with the clarification of the individual capacity claim against Defendant Bowers.

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $37,000.00, injunctive relief terminating involuntary participation in the IV-D program, and any further relief this Court deems just and proper.

Respectfully submitted,

/s/ Dustin Patrick
Dustin of the Family Patrick
Plaintiff, Pro Se
Date: August 1st, 2025