Jayleen Bowers
25 North St.,
Harrisburg, PA 17101

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS

U.S.M.S. X-RAY

171012006-1N   07/11/25
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RECEIVED AUG -5 2025

$2.31
US POSTAGE IMI
FIRST-CLASS
063S0012924923
FROM 19106

TO: