# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DUSTIN OF THE FAMILY PATRICK,**
  **Plaintiff,**

  v.            Case No. 5:25-cv-01847

**JAYLENE BOWERS, et al.,**
  **Defendants.**

## 1. PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF TITLE IV-D CONTRACTUAL AGREEMENT AND EVIDENCE OF VOLUNTARY CONSENT

*TO THE HONORABLE COURT AND ALL PARTIES:*

*Plaintiff, Dustin of the family Patrick, in propria persona, respectfully submits this Motion to Compel under Rule 37 of the Federal Rules of Civil Procedure, requesting this Court to order Defendants Jaylene Bowers and Tracy Brown to produce all records, contracts, and agreements related to Plaintiff's alleged enrollment in or subjection to the Title IV-D Child Support Program, including but not limited to:*

*1. Any contract, cooperative agreement, or application bearing Plaintiff's wet signature consenting to participation in Title IV-D enforcement activities;*
*2. Any agreement entered between Berks County and the Pennsylvania Department of Human Services regarding Title IV-D program enforcement;*
*3. Any document reflecting Plaintiff's voluntary consent to IV-D jurisdiction;*
*4. Any notice of rights provided to Plaintiff under 45 CFR §302.33 and 45 CFR §303.3 prior to enforcement actions taken against him;*
*5. Any documents evidencing judicial approval or lawful delegation to Defendants to act in a prosecutorial or judicial capacity against Plaintiff.*

*This request is grounded in Plaintiff's constitutional right to due process under the Fifth and Fourteenth Amendments, and seeks information that is directly relevant to the standing and legal authority of Defendants to enforce administrative sanctions upon Plaintiff without a valid contract or judicial order.*

*WHEREFORE, Plaintiff respectfully requests this Court issue an Order compelling Defendants to produce the aforementioned documents within 14 days of the Court's ruling on this motion.*

*Respectfully submitted,*

*/s/ Dustin of the family Patrick*
*Plaintiff, sui juris*

*Date: September 01, 2025*

## CERTIFICATE OF SERVICE

*I, Dustin of the family Patrick, hereby certify that on the date below, I served a true and correct copy of the foregoing Motion to Compel upon all parties via the Court's electronic filing system and/or by email to counsel of record.*

*/s/ Dustin of the family Patrick*

*Date: September 01, 2025*