**Pro Se Electronic Filing**

Name:

**Dustin of the Family Patrick**

Email Address:

**dustinpatrick8@gmail.com**

Phone Number

**2672188016**

Are you filing a new case?

**No, I'm not filing a new case.**

Case Caption

**Dustin of the Family Patrick**

Case Number

**5:25-cv-1847**

Description of Document(s)

**motion to compel, request for judical notice, cert of service**

Terms of Submission

**Yes**

Do you have a mailing address?

**Yes**

Mailing Address Line 1

**67 Swinehart Rd**

City:

**Boyertown**

State:

**Pennsylvania**

Zip Code:

**19512**

Show empty values