# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DUSTIN OF THE FAMILY PATRICK,**
  Plaintiff,

  v.          Case No. 5:25-cv-01847

**JAYLENE BOWERS, et al.,**
  Defendants.

### 1. PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF ORDINANCE NO. 03-2020

TO THE HONORABLE COURT AND ALL PARTIES:

Pursuant to Rule 201(b) of the Federal Rules of Evidence, Plaintiff respectfully requests that this Court take judicial notice of Berks County Ordinance No. 03-2020, which authorizes the Pennsylvania Office of the Attorney General to provide legal representation specifically in Title IV-D child support enforcement matters.

This Ordinance, passed by the Berks County Board of Commissioners in March 2020, is a matter of public record and is not subject to reasonable dispute. It is relevant to Plaintiff's ongoing constitutional claims and objections to unauthorized legal representation by the Attorney General's Office in this case.

Plaintiff has attached a true and correct copy of Ordinance No. 03-2020 as Exhibit A to this motion, and respectfully requests that the Court take judicial notice of its existence, scope, and legal relevance pursuant to FRE 201(b)(2).

WHEREFORE, Plaintiff respectfully requests that this Court grant judicial notice of Berks County Ordinance No. 03-2020 pursuant to Federal Rule of Evidence 201.

*Respectfully submitted,*

*/s/ Dustin of the family Patrick*
*Plaintiff, sui juris*

*Date: September 01, 2025*

**CERTIFICATE OF SERVICE**

*I, Dustin of the family Patrick, hereby certify that on the date below, I served a true and correct copy of the foregoing Request for Judicial Notice upon all parties via the Court's electronic filing system and/or by email to counsel of record.*

*/s/ Dustin of the family Patrick*

*Date: September 01, 2025*