IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin of the Family Patrick | : | |
| | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 5:25-cv-1847 |
| v. | : | |
| | : | |
| Jayleen Bowers through the IV-D Agency, et al. | : | |
| | : | |
| *Defendants* | : | |
| | : | |

**Defendant Tracy Brown's Response to
Plaintiff's Motion to Compel Production**

Defendant Tracy Brown respectfully requests that the Court deny as premature plaintiff Dustin of the Family Patrick's "Motion to Compel Production of Title IV-D Contractual Agreement and Evidence of Voluntary Consent." (ECF Doc. 35.) Plaintiff has requested an order compelling Defendants "to produce all records, contracts, and agreements related to Plaintiff's alleged enrollment in or subjection to the Title IV-D Child Support Program." (ECF Doc. 35.)

On July 16, 2025, defendant Jayleen Bowers filed her Motion to Dismiss and supporting documents. (ECF Doc. 26.) On July 17, 2025, defendant Brown filed her Motion to Dismiss and supporting documents. (ECF Doc. 27.) On August 1, 2025, Plaintiff moved for leave to again amend his Complaint. (ECF Doc. 33.) All three motions are pending, rendering premature Plaintiff's present motion.

Moreover, defendant Brown moved for dismissal based on the Eleventh Amendment, which provides for sovereign immunity from suit and liability. *Smith v.*

*Pennsylvania*, No. CV 24-925, 2024 WL 5108438, at *3 (E.D. Pa. Dec. 13, 2024) (citing *Lombardo v. Pennsylvania*, 540 F.3d 190, 194-96 (3rd Cir. 2008)). Immunity from suit would be diminished if defendant Brown were ordered to produce discovery at this stage.

    **WHEREFORE**, defendant Tracy Brown respectfully requests that this Honorable Court deny Plaintiff's motion to compel.

    Respectfully submitted,

**s/ Jennifer M. Herrmann**
Jennifer M. Herrmann
Attorney I.D. No. PA 209512
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
Phone: (215) 560-6326
Fax: (215) 560-5486

*Attorney for defendant*
*Tracy Brown*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin of the Family Patrick | : | |
| | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 5:25-cv-1847 |
| v. | : | |
| | : | |
| Jayleen Bowers through the IV-D Agency, et al. | : | |
| | : | |
| *Defendants* | : | |
| | : | |

## Certificate of Service

The undersigned certifies that on September 3, 2025, she caused the foregoing *Response to Plaintiff's Motion to Compel Production* to be served via CM/ECF to plaintiff Dustin of the Family Patrick and all counsel of record.

**s/ Jennifer M. Herrmann**
Jennifer M. Herrmann
Attorney I.D. No. PA 209512
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
Phone: (215) 560-6326
Fax: (215) 560-5486