# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DUSTIN OF THE FAMILY PATRICK,**
  **Plaintiff,**

  v.                Case No. 5:25-cv-01847

**JAYLENE BOWERS, et al.,**
  **Defendants.**

## PLAINTIFF'S NOTICE OF CONSTITUTIONAL CHALLENGE

TO THE HONORABLE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure that Plaintiff, Dustin of the family Patrick, in propria persona, is challenging the constitutionality of state action under color of law involving the Title IV-D child support enforcement program.

Specifically, Plaintiff asserts violations of the First, Fifth, and Fourteenth Amendments to the United States Constitution due to the administrative enforcement of obligations absent: (1) a signed contract or agreement; (2) informed consent; (3) valid delegation of authority; and (4) access to an impartial tribunal.

A copy of this Notice shall be served upon the Pennsylvania Attorney General pursuant to Rule 5.1(a)(2).

Respectfully submitted,

/s/ Dustin of the family Patrick
Plaintiff, sui juris

Date: September 03, 2025

**CERTIFICATE OF SERVICE**

I, Dustin of the family Patrick, hereby certify that on the date below, I served a true and correct copy of the foregoing document upon all parties via the Court's electronic filing system and/or by email to counsel of record.

/s/ Dustin of the family Patrick

Date: September 03, 2025