## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DUSTIN OF THE FAMILY PATRICK,**
   Plaintiff,

   v.               Case No. 5:25-cv-01847

**JAYLENE BOWERS, et al.,**
   Defendants.

### PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT TRACY BROWN'S MOTION TO DISMISS

Plaintiff submits this Brief in Opposition to Defendant Tracy Brown's Motion to Dismiss, and respectfully states the following:

1. Plaintiff brings claims under 42 U.S.C. §1983 for constitutional violations committed under color of law in connection with the administrative enforcement of alleged obligations without consent or contract.

2. The Eleventh Amendment does not bar this action because Plaintiff seeks declaratory and injunctive relief against state actors acting in an ultra vires capacity, consistent with Ex Parte Young, 209 U.S. 123 (1908).

3. Rooker-Feldman doctrine does not apply where the Plaintiff does not seek to overturn a state court judgment, but rather challenges the constitutionality of the mechanisms used by state officers acting outside their lawful authority.

4. Plaintiff's claims are grounded in ongoing harm, including unlawful garnishment and federal agency sanctions (passport denial), caused by administrative acts unsupported by due process, voluntary agreement, or judicial authorization.

5. Dismissal at this stage would be premature, as discovery is necessary to determine the existence or absence of jurisdictional facts, including any contract or agreement bearing Plaintiff's signature.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss in its entirety.

Respectfully submitted,
/s/ Dustin of the family Patrick
Plaintiff, sui juris
Date: September 03, 2025