# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DUSTIN OF THE FAMILY PATRICK**,
Plaintiff,

v. Civil Action No. **5:25-cv-01847-JFL**

**JAYLENE BOWERS** and
**TRACY BROWN**,
Defendants.

## NOTICE OF REQUEST FOR STATUS CONFERENCE

Plaintiff, Dustin of the Family Patrick, respectfully submits this Notice to request clarification on the status of the pending motions before the Court.

Plaintiff filed the following matters which have been fully briefed and are awaiting the Court's review:

1. **Plaintiff's Motion for Leave to File Second Amended Complaint**,
2. **Plaintiff's Objection and Motion to Strike Unauthorized Representation**,
3. **Plaintiff's Oppositions to Defendants' Motions to Dismiss**, and
4. All related filings and certificates of service.

These matters have been pending since their filing dates, and Plaintiff respectfully requests a brief **status conference**—either in person, telephonically, or by written scheduling order—so that the parties may be informed of the current posture of the case and any expected next steps.

This request is made in good faith and not for delay, and is intended solely to assist in the orderly progression of the litigation. Plaintiff stands ready to proceed as the Court directs.

Respectfully submitted,

**Dustin of the Family Patrick**
Plaintiff, Pro Se
67 Swinehart Rd, Boyertyown,PA
dustinpatrick8@gmail.com
267-218-8016
Date: 3rd Day of December, 2025