**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Dustin of the family Patrick,
    Plaintiff,

v.                                    Civil Action No. 5:25-cv-01847-JFL

Jaylene Bowers and Tracy Brown,
    Defendants.

**CERTIFICATE OF SERVICE**

I, Dustin of the family Patrick, hereby certify that on March 2nd, 2026, I served a true and correct copy of the amended complaint by electronic mail to the following recipients:

Jennifer M. Herrmann, Esq.
Counsel for Defendant Tracy Brown
Administrative Office of Pennsylvania Courts
Email: legaldepartment@pacourts.us

Keven R. Bradford, Esq.
Counsel for dropped defendant Jaylene Bowers
Attorney Generals Office
Email: kbradford@attorneygeneral.gov

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

 /s/ Dustin Patrick
*March 1st, 2026*