**Name:**

**Dustin Patrick**

**Email Address:**

**dustinpatrick8@gmail.com**

**Phone Number**

**2672188016**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Dustin of the Family Patrick**

**Case Number**

**5:25-cv-01847**

**Description of Document(s)**

**amended complaint, certificate of service**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**PO Box 35, Boyertown, PA 19512**

**City:**

**Boyertown**

**State:**

**Pennsylvania**

**Zip Code:**

**19512**

**Terms of Submission**

**Yes**

Show empty values