IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dustin of the Family Patrick | : | |
| | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 5:25-cv-1847 |
| v. | : | |
| | : | |
| Jayleen Bowers through the IV-D Agency, et al. | : | |
| | : | |
| *Defendants* | : | |
| | : | |

# **ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant Tracy Brown's Motion to Dismiss the Second Amended Complaint, and any response, it is **ORDERED** that the Motion to Dismiss is **GRANTED**.

Plaintiff's Second Amended Complaint is **DISMISSED** with prejudice and without leave to amend.

_____
**J.**