IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN OF THE FAMILY PATRICK, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JAYLENE BOWERS, et al., | : | |
| Defendants | : | No. 25-1847 |

## NOTICE TO COURT

The operative complaint in this matter is the Amended Complaint, filed by the Plaintiff on March 1, 2025 at ECF No. 43. As made clear from the first paragraph of that pleading, Plaintiff no longer wishes to pursue claims against Jaylene Bowers, who was named as defendant in the original complaint. Accordingly, Ms. Bowers will not be filing a response to the Amended Complaint.[1]

                                                Respectfully submitted,

                                                DAVID W. SUNDAY, JR.
                                                Attorney General

                                 By:    s/ Kevin Bradford

                                                Kevin R. Bradford
                                                Senior Deputy Attorney General

Pa. Office of Attorney General        Attorney-in-Charge, Eastern Regional Office
1600 Arch St., Suite 300                  Attorney I.D. No. 88576
Philadelphia, PA 19103
Phone: (267) 374-5450                     Nicole R. DiTomo
Fax:   (717) 772-4526                   Chief Deputy Attorney General
kbradford@attorneygeneral.gov      Civil Litigation Section
Date:  March 16, 2026

---

[1] This notice is being filed because the Clerk has, as of this writing, not designated Defendant Bowers as "terminated" on the docket.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUSTIN OF THE FAMILY PATRICK, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JAYLENE BOWERS, et al., | : | |
| Defendants | : | No. 25-1847 |

## CERTIFICATE OF SERVICE

I, Kevin R. Bradford, hereby certify that Notice to Court has been filed electronically on March 16, 2026 and is available for viewing and downloading from the Court's Electronic Case Filing System ("ECF").  The following parties are as receiving filings through ECF and are therefore automatically served by electronic means:

- **DUSTIN OF THE FAMILY PATRICK**
  DUSTINPATRICK8@GMAIL.COM

- Michael Daley    legaldepartment@pacourts.us


By:    s/ Kevin Bradford
       _____
       Kevin R. Bradford
       Senior Deputy Attorney General