---

| | | |
|---|---|---|
| DUSTIN OF THE FAMILY PATRICK,<br>    Plaintiff, | : | |
| | : | |
| v. | : | No. 5:25-cv-1847 |
| | : | |
| TRACY BROWN, | : | |
|     Defendant. | : | |

---

**O R D E R**

**AND NOW**, this 17th day of June, 2026, upon consideration of Plaintiff's Second

Amended Complaint, filed March 1, 2026, *see* ECF No. 43; Defendant Tracy Brown's Motion to

Dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and

12(b)(6), filed March 13, 2026, *see* ECF No. 46; Plaintiff's Response in Opposition, filed March

25, 2026, *see* ECF No. 49; and for the reasons discussed in the Opinion issued this date; **IT IS**

**HEREBY ORDERED THAT**:

1.    Defendant Tracy Brown's Motion to Dismiss Plaintiff's Second Amended

Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), ECF No. 46, is

**GRANTED.**

2.    The Second Amended Complaint, ECF No. 43, is **DISMISSED with prejudice**

for lack of jurisdiction.

3.    The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1